# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BERTRAM,<br><br>           Plaintiff,<br><br>     v.<br><br>C. SIZELOVE, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:10-cv-00583-GBC PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RULING ON PRELIMINARY INJUNCTION AS MOOT<br><br>(Doc. 15) |

Plaintiff Timothy Bertram ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The complaint was screened by the Magistrate Judge on November 22, 2010, and an order was issued directing Plaintiff to submit service documents and denying Plaintiff's motion for preliminary injunction. Currently before the Court is Plaintiff's motion for a ruling on the preliminary injunction, filed November 24, 2010. Since the prior order, issued November 22, 2010, addressed the motion for a preliminary injunction, Plaintiff's current motion will be denied as moot.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for ruling on preliminary injunction, filed November 24, 2010, is DENIED as moot.

IT IS SO ORDERED.

Dated:   November 29, 2010

UNITED STATES MAGISTRATE JUDGE

1