# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BERTRAM, | CASE NO.  1:10-cv-00583-GBC (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S ADDENDUM TO REQUEST FOR REVIEW |
| v. | |
| J. HEINZLER, et al., | (ECF No. 30) |
| Defendants. | |

Plaintiff Timothy Bertram ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is an Addendum to Request for Review, filed July 7, 2011, stating that he would like to add the attached to his request for review.  (ECF No. 30.)  On July 1, 2011, the Court deemed Plaintiff's requests for review, motions for reconsideration and denied them.  (ECF Nos. 26, 27, & 28.)

As Plaintiff's request for reconsideration has already been denied, Plaintiff's request to add to his request is moot.  Therefore, Plaintiff's Request is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   July 14, 2011

UNITED STATES MAGISTRATE JUDGE