ORIGINAL



FILED

AUG 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

01. TIMOTHY BERTRAM

02. H-59444

03.
04. P.O. BOX 8101

05. San Luis Obispo, CA. 93409

06. IN PRO SE

07.
08.
09.         IN THE UNITED STATES DISTRICT COURT

10.         FOR THE EASTERN DISTRICT OF CALIFORNIA

11. Timothy Bertram                    CASE # 1:10-cv-00583-GBC-PC
12.
13.                      Plaintiff      MOTION TO QUASH SUBPOENA
14.           V.
15. C. Sizelove et. At.                 Fed. R.C.P. § 45 (c)(3)
16.
17.                      Defendants
18.

19.     To the Honorable Magistrate Judge G.B. Cohn.  I, Timothy Bertram, plaintiff if the
20. above named case, respectfully request that this court quash, and, or modify the
21. subpoena issued on 8-3-2011 requesting the plaintiff medical records.
22.
23.     The plaintiff contends that the subpoena requesting the plaintiff's medical records
24. **[From 7-4-09 to present]** exceeds the scope of the incident at hand.  This request is too
25. broad a range.
26.
27.     The plaintiff contends that he has a right to privacy as per **[W&I § 4514 , 5328]**
28. and if the subpoena is not modified, unrelated issues will be released, thus violating the

Plaintiffs civil rights as per listed under H.I.P.P.A. law.

Simply put your Honor, this request is too broad **(7-4-09 to present)** and vague. Now if the plaintiff in this case was still complaining about lingering pain & suffering that was caused by this isolated incident. Then the request would be justified, but that is not the case. The plaintiff has made no further claim of lingering injuries. This is an isolated incident and it should be treated as such. And with that said, the plaintiff welcomes the defendants request as long as it's specific to the related, relevant issue at hand.

The plaintiff agrees to release only medical records dated from 7-13-2009 to 7-25-2009, **(1 day before incident and 11 days after incident)** and unrelated issues may be redacted.

The plaintiff agrees to release the requested 115 documents from his Central File **(C-File).**

The Plaintiff requests that the subpoena be quashed and the defendants ordered to narrow their request **(modify)** to fit the needs & protect plaintiff's right to privacy.

This request is made pursuant to Fed R.C.P. 45 (c)(3)(A)(iii).

Respectfully Submitted

Timothy Bertram

N/A                                                                                                           DEPARTMENT OF COR

## COMPREHENSIVE ACCOMMODATION CHRONO

INSTRUCTIONS: A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

None

| | | |
|---|---|---|
| 1. Barrier Free/Wheelchair Access P / T | 4. Bottom Bunk | (P)/ T |
| 2. Ground Floor Cell (P)/ T | 5. Single Cell (See 128-C date: _____ ) | P / T |
| 3. Continuous Powered Generator P / T | 6. Permanent OHU / CTC (circle one) | P / T |
| | 7. Other _____ | P / T |

### B. MEDICAL EQUIPMENT/SUPPLIES

None

| | | |
|---|---|---|
| 8. Limb Prosthesis P / T | 16. Wheelchair: (type) _____ | P / T |
| 9. Brace P / T | 17. Contact Lens(es) & Supplies | P / T |
| 10. Crutches P / T | 18. Hearing Aid | P / T |
| 11. Cane: (type) _____ P / T | 19. Special Garment: (specify) _____ | P / T |
| 12. Walker P / T | 20. Rx. Glasses: _____ | P / T |
| 13. Dressing/Catheter/Colostomy Supplies P / T | 21. Cotton Bedding | P / T |
| 14. Shoe: (specify) _____ P / T | 22. Extra Mattress | P / T |
| 15. Dialysis Peritoneal P / T | 23. Other _____ | P / T |

### C. OTHER

None

| | | |
|---|---|---|
| 24. Attendant to assist with meal access and other movement inside the institution. P / T | 26. Therapeutic Diet: (specify) _____ | P / T |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | 27. Communication Assistance | P / T |
| | 28. Transport Vehicle with Lift | P / T |
| | 29. Short Beard | P / T |
| 25. Wheelchair Accessible Table P / T | 30. Other _____ | P / T |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments? ☒ Yes ☐ No

If yes, specify: No Kitchen Duties, No work Around Dangerous Machinery, No Weights 72 lb., No Driving

| INSTITUTION | COMPLETED BY (PRINT NAME) | TITLE |
|---|---|---|
| CCI IV | Alto, John | M.D |
| SIGNATURE _____ | DATE 3/5/9 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE _____ | DATE 3/5/09 | Berner H59444 |

APPROVED (list the number of items approved)

DENIED (list the number of items denied)

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (08/04)

Distribution: Original - Unit Health Record    Canary - Central File    Pink - Correctional Counselor    Gold - Inmate

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 6/9/09 | 0945 | ① | Please make sure pt has appt for liver biopsy (LFS 5/4/09) |
|  |  | ② | Fasting lipid panel (MP if not done along) |
|  |  | ③ | RTC 2 mo. |
|  |  |  | [signature] 6/9 [illegible] |
|  |  |  |  |
| 7/15/09 | 2400 |  | TORB Dr. Nassari / T [illegible] RN |
|  |  | ① | Code 2 to Tehachapi Hospital |
|  |  | ② | IV NS TKO |
|  |  |  | Noted by T[illegible] RN 7/15/09 2402 |

| ALLERGIES | INSTITUTION | ROOM / WING |
|---|---|---|
| NKA | CCI-2 |  |

Confidential client information
See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)

BERTRAM

H59444

PHYSICIAN'S ORDERS

CDC 7221 (4/90)
STATE OF CALIFORNIA

| DATE | TIME | |
|---|---|---|
| 14/1/09 | 2345 | S) I/M had witnessed seizure in cell. O) BP 115/80 HR 67 Resp. 18 O₂ Sat. 97% RA. Pain 10/10. I/M was on upper bunk and was witnessed by celly falling off upper bunk during seizure activity. Lac. 1cm on (R) side forehead. I/M stating "(R) Shoulder pain." PERRLA. Hand grips unequal. (L) side strong, (R) side weak. I/M alert, oriented and does not seem post ictal. Foot pushes strong & equal. I/M Hep C (+). Last phenobarb level drawn 12/25/08 & was ↓ @ 5.6. A) Risk for injury R/T seizure activity. |
| | 2358 | P) Call out, spoke to Dr. Nassani, received order for IV start & Code 2 to Tehachapi Hosp. IV start 20g. (R) AC NS IL TKO. I/M tolerated well. ——— TC RN |
| | 2425 | Report given to Paramedics — TC |
| | 2430 | I/M alert, oriented & ambulatory. [~~no error~~] C-collar applied ambulating to Paramedic gurney. ——— TC RN |

INSTITUTION   HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Bertram

H59444

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA              DEPARTMENT OF CORRECTIONS

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 7/15/09 | 1200 | ① | ✓ phenobarbital level, LFT |
| | | ② | RTC 1mo |
| | | | [signature] |
| | | | noted |
| | | | 7-5-09 |
| | | | ✓-11 |
| 7/21/09 | 11:15 | ① | RTC MDE in 2 weeks as |
| | | ② | originally scheduled from MD visit on |
| [noted 9/19/09] | | | 7/15/09 |
| | | | [signature] |

| ALLERGIES: NKDA | INSTITUTION: CCI-4A | ROOM / WING |

CDC NUMBER, NAME (LAST, FIRST, MI)

Confidential client information
See W & I Code, Sections 4514 and 5328

Beltran
H59444

PHYSICIAN'S ORDERS

CDC 7221 (4/90)
STATE OF CALIFORNIA

**STATE OF CALIFORNIA**
**COUNTY OF SAN LUIS OBISPO**

I am the party of the above entitled actions, a citizen of the United States and over the age of eighteen years, and a resident of San Luis Obispo County. My current address is:

CASE# 1:10-CV-00583-GBC
(Bertram V. Sizelove et. al.)

Timothy Bertram
California Men's Colony-East
P.O. Box 8101 Room 8307x
San Luis Obispo, CA. 93409-8101

I CERTIFY (OR DECLARE), UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON Aug., 20 11, AT SAN LUIS OBISPO, CALIFORNIA, 93409-8101.

PETITIONER

..................................................

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I AM A RESIDENT OF SAID COUNTY, I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ABOVE ENTITLED ACTION. MY BUSINESS ADDRESS IS:

x David Williams
CALIFORNIA MEN'S COLONY-EAST
P.O. BOX 8101 / Roomx 6292
SAN LUIS OBISPO, CALIFORNIA 93409-8101

ON x August 14, 20x 11, I SERVED THE WITHIN Motion to quash Subpoena, First Set of Interrogatories for C. Sizelove and J. Heinzler, Request for Production of Documents, 6 Pages of Medical Records, Proof of exhaustion of state remedies, 115 Rules Violation Report (2 pages, letter

ON THE PARTY: K. Yokley Atty @ law @ Rivera & Associates

IN SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID, IN THE UNITED STATES MAIL, AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CALIFORNIA, 93409-8101, ADDRESSED AS FOLLOWS:

K. Yokley Atty @ Law
Rivera & Associates
1451 River Park Drive ste. 145
Sacramento, CA. 95815

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON x August 14, 20 11, AT SAN LUIS OBISPO COUNTY, CALIFORNIA.

x SIGNATURE OF DECLARANT

(REV.1.10)

Courts Copy