# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BERTRAM, | CASE NO. 1:10-cv-00583-AWI-GBC (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW MOTION FOR RECONSIDERATION |
| v. | |
| C. SIZELOVE, et al., | (ECF Nos. 48 & 46) |
| Defendants. | |

Plaintiff Timothy Bertram ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request to withdraw his Motion for Reconsideration. (ECF Nos. 48 & 46.) The Court has not yet ruled on Plaintiff's Motion.

Accordingly, Plaintiff's Request to Withdraw is GRANTED. Plaintiff's Motion for Reconsideration is WITHDRAWN.

IT IS SO ORDERED.

Dated:   October 3, 2011

UNITED STATES MAGISTRATE JUDGE