# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BERTRAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. SIZELOVE, et al.,<br><br>　　　　Defendants. | 1:10cv00583 AWI DLB PC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ADDITIONAL TIME AND EXTENDING STAY OF DEFENDANTS' MOTION FOR SUMMAR JUDGMENT**<br><br>**(Document 115)** |

　　　Plaintiff Timothy Bertram ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action filed on April 5, 2010.

　　　On April 22, 2013, the Court granted Plaintiff's request to stay Defendants' Motion for Summary Judgment in part.  The Court granted Plaintiff 45 days from the date of service of the order within which to file motions for reconsideration of past orders.  Since the time of service, however, Plaintiff has been transferred numerous times and his address has not been consistent.  While Plaintiff has been diligent in updating his address, it seems that the Court's orders are not reaching him in a timely manner.

　　　On June 20, 2013, Plaintiff filed a request for additional time.  He states that he received the Court's April 22, 2013, on June 12, 2013, and he was concerned that the 45 days had already run.

　　　Given the numerous transfers and the inability of the Court to send Plaintiff timely correspondence, the Court will **continue the stay until August 30, 2013.**  At that time, if Plaintiff

1 has not filed motions for reconsideration of prior orders, the Court will lift the stay on Defendants'
2 Motion for Summary Judgment and rule accordingly.

IT IS SO ORDERED.

   Dated: __**June 28, 2013**__                  /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE